UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BOARD OF TRUSTEES, NECA-IBEW
756 PENSION FUND,

    Plaintiff,

vs.                                     Case No. 3:13-cv-878-J-32MCR

STIRLING & ASSOCIATES OF FLAGLER,
INC., a/k/a Stirling & Associates, and KIPP
GARDNER, an individual, d/b/a Stirling &
Associates of Flagler, Inc. a/k/a Stirling &
Associates,

    Defendants.
_____/

## **ORDER**

**THIS CAUSE** is before the Court in response to Plaintiff's Motion for Attorney's Fees (Doc. 19).  To date, Defendant has not filed a response to this motion and the response period has expired.  Therefore, this matter is ripe for the Court's consideration and ruling.

Plaintiff's legal counsel requests attorney's fees in the amount of $14,596.34 (Doc. 17).  Plaintiff has filed an Affidavit of Attorney's Fees and Costs (Doc. 19-1) that includes general information regarding billing rates.  However, the provided information is not sufficient to determine an award of reasonable attorney's fees. "Section 1132(g) [ . . . ] does not award attorney's fees to the prevailing party outright; but rather, allows for attorney's fees for either party in accordance with the district court's discretion."

McKnight v. S. Life & Health Ins. Co., 758 F.2d 1566, 1572 (11th Cir. 1985).  Therefore, this Court directs Plaintiff to file billing records in order to determine an appropriate award consistent with Florida law.

Accordingly, upon due consideration, it is

**ORDERED**:

1. Plaintiff's motion for award of attorney fees is **DENIED without prejudice**.

2. Plaintiff is directed to file billing records with the Court **by January 13, 2014.**

**DONE AND ORDERED** at Jacksonville, Florida this 27th day of December, 2013.

*(signature)*

**MONTE C. RICHARDSON**
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record

Kipp Gardner
7770 S. U.S. 1
Suite 2
Bunnell, FL 32110

Stirling & Associates of Flagler, Inc.
7770 S. U.S. 1
Suite 2
Bunnell, FL 32110