**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

BOARD OF TRUSTEES, NECA-IBEW
756 PENSION FUND,

    Plaintiff,

v.     Case No.:   3:13-cv-878-J-32MCR

STIRLING & ASSOCIATES OF
FLAGLER, INC., a/k/a Stirling &
Associates, and KIPP GARDNER, an
individual, d/b/a Stirling & Associates
of Flagler, Inc. a/k/a Stirling &
Associates,

    Defendants.

## ORDER

This case is before the Court on the Plaintiff's Amended Motion for Default Judgment (Doc. 15), Plaintiff's Brief in Support of its Motion for Default Judgment against Kipp Gardner (Doc. 23), Plaintiff's Motion for Attorneys' Fees (Doc. 17), and the memorandum, affidavit, and billing records submitted in support (Docs. 18, 19, 21). On February 5, 2014, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 25) recommending that the motion for default be granted, that plaintiff be awarded the damages it requests, and that plaintiff be awarded its attorney's fees and costs in prosecuting this matter.

No objections to the Report and Recommendation have been filed, and the time

in which to do so has now passed.[1]  See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a).  Upon independent review of the file and for the reasons stated in the Report and Recommendation, the Court determines that plaintiff is entitled to a default judgment awarding $3,860.55 in liquidated damages, as well as an award of attorney's fees and costs.

The Court determines, however, that plaintiff should recover $12,659.95 in attorney's fees and $520.00 in costs, rather than the $14,596.34 in fees and $620.00 in costs it requests.  First, plaintiff's affidavit and billing records show filing fees and service of process fees totaling $520.00, not the $620.00 requested.  (Doc. 13-1 at ¶ 6; Doc. 21-1 at 6.)  Second, though the Court finds plaintiff's "blended" hourly rate of $289.04 sufficiently reasonable, the billing records reflect a total of 43.8 hours charged, not 50.5 hours as plaintiff represents.[2]  The Court agrees that 43.8 hours is a reasonable amount of time spent on this case under the circumstances.  At $289.04 per hour, the total loadstar fee award is $12,659.95.

Accordingly, it is hereby

**ORDERED:**

1.  The Report and Recommendation of the Magistrate Judge (Doc. 25) is

---

[1] After reviewing the file and determining that defendants may not have received a copy of the Report and Recommendation, the Court directed the clerk to mail copies of the Report and Recommendation to the defendants at the addresses where they were served and the address on file with the Florida Secretary of State, and twice extended the original deadline for filing objections.  (Docs. 26 & 27.)  All copies were returned undeliverable.

[2] The Court is unclear how plaintiff arrived at 50.5 hours; even adding back the time marked "NO CHARGE" on the records does not bring the total to 50.5 hours.

2

**ADOPTED** as the opinion of the Court as modified above.

2. Plaintiff's Amended Motion for Default Judgment (Doc. 15) is **GRANTED**.

3. Plaintiff's Motion for Attorneys' Fees (Doc. 17) is **GRANTED in part** and **DENIED in part**.

4. Judgment is to be entered in favor of Plaintiff Board of Trustees, NECA-IBEW 756 Pension Fund and against Defendant Stirling & Associates of Flagler, Inc., a/k/a Stirling & Associates, and Defendant Kipp Gardner, d/b/a Stirling & Associaties of Flagler, Inc., a/k/a Stirling & Associates, jointly and severally, in the following amounts: $3,860.55 in damages, $12,659.95 in attorney's fees, and $520.00 in costs.

5. Consistent with Paragraph 4 above, the Clerk of Court should enter judgment in favor of Plaintiff Board of Trustees, NECA-IBEW 756 Pension Fund and against Defendant Stirling & Associates of Flagler, Inc., a/k/a Stirling & Associates, and Defendant Kipp Gardner, d/b/a Stirling & Associaties of Flagler, Inc., a/k/a Stirling & Associates, jointly and severally, in the amount of $17,040.50, plus post-judgment interest as provided by law.

6. The Clerk of Court is further directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 28th day of April, 2014.

*[signature]*
TIMOTHY J. CORRIGAN
United States District Judge

bjb
Copies to:

Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of record

Case 3:13-cv-00878-TJC-MCR   Document 28   Filed 04/28/14   Page 4 of 4 PageID 127